COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:    01-14-00335-CR, 01-14-00336-CR

Style:      Damion Gentry v. The State of Texas

Date motion filed*:  September 25, 2014

Type of motion:   Motion for Extension of Time to File Reporter's Record

Party filing motion:  Court reporter

Document to be filed: Reporter's Record

Is appeal accelerated?  No

If motion to extend time:

  Original due date:    June 16, 2014

  Number of extensions granted:  3    Current Due date: September 16, 2014

  Date Requested:     October 10, 2014

Ordered that motion is:

 ☐ Granted

 ☐ Denied

 ☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

 ☐ Other: _____

  **Though the court reporter requested an extension until October 10, 2014, to file the reporter's records in both cases, she apparently filed both of them on September 29, 2014. Accordingly, the motion is dismissed as moot. Because the clerk's record was filed in both cases, the record is complete. Appellant's brief is ordered to be filed within 30 days of the filing of the reporter's record. *See* TEX. R. APP. P. 38.6(a)(2). The State's brief, if any, is due within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).**

Judge's signature: /s/ <u>Laura C. Higley</u>
     ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: September 30, 2014
November 7, 2008 Revision